UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GREGORY OWEN THORNTON,<br><br>    Plaintiff,<br><br>  v.<br><br>DAVID B. HILL, et al.,<br><br>    Defendants. | No. 02-CV-3025-MWL<br><br>ORDER GRANTING DEFENDANT'S MOTION FOR A PROTECTIVE ORDER AND SCHEDULING HEARING ON TERMS OF PROTECTIVE ORDER |

Defendant moved for an order disqualifying Plaintiff's counsel. (Ct. Rec. 88.) On April 15, 2005, the Court heard telephonic argument on the motion. George Kolin appeared for Plaintiff. Kirk Ehlis and Scott Beyer appeared for Defendants.

Privileged material came into Plaintiff's counsel's possession in June of 2003. The documents appear to be original papers. How and by whom such original documents were given to plaintiff is unknown. Plaintiff's counsel promptly advised defendants of the materials. Defendants' counsel made no requests regarding the material until January of 2005.

Disqualification of counsel is a drastic remedy and should only be granted when necessary.

During argument, defendants' counsel acknowledged that initially they (defendants) requested a protective order. It was only after plaintiff's counsel refused to enter into a protective

1  order that defendants' counsel moved for disqualification.

2  Plaintiff did not use the materials except in responding to
3  these motions.

4  It appears to the Court that a protective order will protect
5  the privileged information, and that under the facts of this case,
6  the drastic remedy of disqualifying plaintiff's counsel is not
7  appropriate.

8  After considering the pleadings and arguments of counsel,

9  **IT IS ORDERED** that the motion to disqualify counsel (Ct. Rec.
10 88) is **DENIED**.

11 **IT IS ORDERED** that defendant's motion for a protective order is
12 **GRANTED**.

13 **IT IS ORDERED** that a telephonic hearing will be held to
14 determine the terms of the protective order, and to determine
15 whether further sealing of documents is required. The parties are to
16 call the Court's conference line at (509) 372-1234 at **11 A.M. on**
17 **Thursday, MAY 12, 2005.**

18 **IT IS ORDERED** that plaintiff's counsel will take possession and
19 hold the privileged material, including the red-stamped originals
20 and all copies, pending further hearing.

21 **IT IS FURTHER ORDERED** that the District Court Executive shall
22 forward copies of this order to the parties.

23 **DATED** this 18th day of April, 2005.

24

25                                    s/ Michael W. Leavitt
26                                    MICHAEL W. LEAVITT
27                                    United States Magistrate Judge
28

ORDER GRANTING DEFENDANT'S
MOTION FOR A PROTECTIVE ORDER - 2